# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

**Name of Offender:** Brandon Hartberg  **Case Number:** 2:18CR00222RSL-001
**Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge
**Date of Original Sentence:** 10/03/2016  **Date of Report:** 05/26/2021
**Original Offense:** Armed Bank Robbery
**Original Sentence:** 35 months of imprisonment; 5 years of supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/22/2018
**Assistant United States Attorney:** Lyndsie Schmalz  **Defense Attorney:** Corey Endo

**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☐ Restitution:
☒ Mental Health  ☐ Fine  ☐ Community Service
☒ Other: Submit to search and do not reside on the island of Kauai

## PETITIONING THE COURT

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation contained in this petition in all future proceedings with the violations previously reported to the court on April 15, 2021.

I allege Brandon Hartberg has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3. | Using marijuana in violation of a standard condition of supervised release, on or about the following dates:<br>• May 7, 2021<br>• May 24, 2021 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 26th day of May, 2021.

BY:

*[signature]*

Jennifer Van Flandern
United States Probation Officer

*[signature]*

Patrick E. Robertson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

*[signature]*

Signature of Judicial Officer
May 26, 2021
Date