# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

**Name of Offender:** Brandon Hartberg     **Case Number:** 2:18CR00222RSL
**Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge
**Date of Original Sentence:** 10/03/2016     **Date of Report:** 06/17/2021
**Original Offense:** Armed Bank Robbery
**Original Sentence:** 35 months of imprisonment; 5 years of supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 08/22/2018
**Assistant United States Attorney:** Lyndsie Schmalz     **Defense Attorney:** Corey Endo

**Special Conditions Imposed:**

☒ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution:
☒ Mental Health     ☐ Fine     ☐ Community Service
☒ Other: Submit to search and do not reside on the island of Kauai

## PETITIONING THE COURT

☒     To issue a warrant under seal
☐     To issue a summons
☒     To incorporate the violations contained in this petition in all future proceedings with the violations previously reported to the court on April 15, 2021, and May 26, 2021.

I allege Brandon Hartberg has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4. | Failing to provide a valid urine sample on June 1, 2021, in violation of the general condition that he submit to drug testing. |
| 5. | Failing to comply with substance use disorder treatment by being unsatisfactorily discharged from Evergreen Treatment for treatment noncompliance on or about June 15, 2021. |
| 6. | Using heroin, in violation of a standard condition of supervised release, on or about June 15, 2021. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
    ☐ risk of flight.
    ☒ danger to community.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 17th day of June, 2021. | BY: |
| *(signed)*<br>Jennifer Van Flandern<br>United States Probation Officer | *(signed)*<br>Patrick E. Robertson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

*(signed) Robt S Lasnik*
Signature of Judicial Officer
June 17, 2021
Date