The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON HARTBERG,<br><br>Defendant. | NO. CR18-222 RSL<br><br>GOVERNMENT'S DISPOSITION MEMORANDUM |

Comes now the United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Lyndsie R. Schmalz, Assistant United States Attorney for said District, and files this Disposition Memorandum. Mr. Hartberg has admitted the first two violations, but he has not yet appeared on the remaining violations. If Mr. Hartberg admits the remaining violations and the Court decides to proceed to disposition on July 16, 2021, the government requests that the Court revoke Brandon Hartberg's term of supervised release and sentence Mr. Hartberg to five months of imprisonment, with no term of supervised release to follow.

Mr. Hartberg commenced supervision in the Western District of Washington in August, 2018, and he has had no meaningful period of compliance with the conditions of his release since then. His term of supervised release has been revoked on three occasions, with the Court imposing a sentence of 75 days of imprisonment during the

Government's Disposition Memo - 1
*United States v. Hartberg*, CR18-222 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

second revocation proceeding. This time, Mr. Hartberg has again failed to engage with substance use disorder treatment and, more importantly, continued to be dishonest and avoidant in his interactions with his Probation Officer.

These violations merit revocation and a term of imprisonment, and the government recommends that the Court impose a term of imprisonment of five months, a meaningfully longer time in custody than Mr. Hartberg has spent on prior violations. As has been the case in his past revocation proceedings, Mr. Hartberg has conducted himself in a way that demonstrates that he is wholly uninterested in changing his behavior or complying with this Court's orders, and the government further recommends that the Court impose no term of supervised release to follow.

Dated this 9th day of July, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

/s/ Lyndsie R. Schmalz
LYNDSIE R. SCHMALZ
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2905
Fax:          (206) 553-0882
Email: Lyndsie.Schmalz@usdoj.gov

Government's Disposition Memo - 2
*United States v. Hartberg*, CR18-222 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/Lissette Duran*
LISSETTE DURAN
Paralegal Specialist
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   (206) 553-7234
Fax:             (206) 553-2502
E-mail:  Lissette.I.Duran@usdoj.gov

Government's Disposition Memo - 3
*United States v. Hartberg*, CR18-222 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970